Robert L. RICHARDSON; William Alexander; Larry L. Aman; Kenneth R. Anderson; Jimmie L. Arrington, et al., Plaintiffs–Appellants,

v.

The PENSION PLAN OF BETHLEHEM STEEL CORPORATION AND SUBSIDIARY COMPANIES; The Pension Trust of Bethlehem Steel Corporation and Subsidiary Companies; The General Pension Board; Michael Dopera, Secretary of the General Pension Board; Bethlehem Steel Corp., Defendants–Appellees.

No. 93–36089.

United States Court of Appeals, Ninth Circuit.

Aug. 2, 1996.

Before: NOONAN, O'SCANNLAIN, and LEAVY, Circuit Judges.

**ORDER**

The petition for rehearing of this appeal is granted. The opinion filed October 17, 1995 at 67 F.3d 1462 (1995) is withdrawn. Reargument will be scheduled by separate order.